AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 04 JUN '21 16:29 USDC-ORP

| United States of America | )  |
|---|---|
| v. | ) Case No. 3:21-cr-00016-IM |
| Cody Levi Melby | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Cody Levi Melby
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

Failure to Appear

Date:  05/28/2021

City and State:  Portland, OR

s/S. Behrends
*Issuing officer's signature*

S. Behrends, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____   DATE 5/28/21   ARRESTED BY LoCale-OSP   U.S. MARSHAL |
| *Arresting officer's signature* |
| *Printed name and title* |